# United States District Court
# Eastern District of New York

## NOTICE OF
## RELATED CASE

The Civil Cover Sheet filed in civil action

**11CV2995**

1) indicated that this case is related to the following case(s):

**11CV2805**

- OR -

2) the case was directly assigned to **District Judge** _____

and **Magistrate Judge** _____

as a Pro Se or Habeas case related to

_____

Dated:   6/22/2011
Central Islip, New York