## CERTIFICATE OF SERVICE

That on this day I caused to be served by first class mail in a prepaid envelope and deposited in a receptacle duly maintained by the United States Postal Service a copy of the within **ANSWER TO AMENDED COMPLAINT** on to the following address of designated counsel.

>Luke Tynan, Esq.
>Karaahmet Luz & Greenberg LLP
>370 Lexington Avenue, 24th Floor
>New York, New York 11501
>Attorneys for Plaintiffs

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed:   New York, New York
            June 30, 2011

_____
Keith A. Brady